# United States Court of Appeals
# for the Fifth Circuit

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2024

Lyle W. Cayce
Clerk

No. 23-30647

—————————

CHRISTOPHER IVAN LUND,

*Plaintiff—Appellant*,

*versus*

COASTAL DEVELOPMENT GROUP INCORPORATED OF GREATER
NEW ORLEANS; BIENVILLE BROADS, L.L.C.,

*Defendants—Appellees*.

—————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-1805

—————————————————————

Before ELROD, DUNCAN, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

This court has considered this appeal on the basis of the briefs, pertinent portions of the record, oral argument, and applicable law. Having done so, and finding no reversible error, the judgment is AFFIRMED.

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.